UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EUGENE A. MAUWEE, SR.,, | Case No. 3:12-CV-00580-RCJ-WGC |
| Plaintiff, | ORDER |
| v. | |
| GREG COX, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#27)[1] entered on June 17, 2014, recommending that the Court grant Defendant Valaree Olivas' Motion for Summary Judgment (#20). Plaintiff filed his Objections to Magistrate Judge's Report and Recommendations (#28) on June 26, 2014, and Defendant's Opposition to Plaintiff's Objection to Magistrate Judge's Report and Recommendation (#29) was filed with the Court on July 1, 2014.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#27) entered June 17, 2014, should be adopted and accepted.

IT IS HEREBY ORDERED that Defendant Valaree Olivas' Motion for Summary Judgment (#20) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 9th day of July, 2014.

_____
ROBERT C. JONES

---

[1] Refers to Court's docket number.